IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3021 |
| | ) | |
| v. | ) | |
| | ) | |
| OTIS JONES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

    The oral motion of counsel for defendant is granted.

    The change of plea is rescheduled for June 23, 2009 at 1:00 p.m. before undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

    DATED: June 9, 2009

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge