IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3021 |
| | ) | |
| v. | ) | |
| | ) | |
| OTIS JONES, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed a motion to reduce his sentence under the 2011 crack cocaine guideline amendment. As shown by the retroactive sentencing worksheet prepared by the probation office, the motion must be denied because even under the new law the sentencing result would be the same.

IT IS ORDERED that:

1. The motion to reduce sentence under 2011 crack cocaine guideline amendment (filing no. 98) is denied.

2. The Clerk shall provide a copy of this Memorandum and Order to Mike Norton, Supervisory United States Probation Officer, to Jim Harms, United States Probation Officer, to David Stickman, Federal Public Defender, to the prosecutor and to Mr. Jones.

DATED this 2nd day of December, 2011.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge