IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:09CR3021 |
| vs. | |
| OTIS JONES, | RELEASE ORDER |
| Defendant. | |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for August 3, 2017 at 12:00 p.m. (noon) before Senior Judge Kopf.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

May 3, 2017.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge